AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

HERMAN LEWIS,

                Petitioner,

                                          JUDGMENT IN A CIVIL CASE

                v.

SCOTT FRAKES,

                                          CASE NUMBER: CV-11-0324-JPH

                Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED. Judgment is found in favor of the Respondent.

| | |
|---|---|
| June 27, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pam Howard |
| | *(By) Deputy Clerk* |
| | Pam Howard |